IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRENCE T. COLER, 1007-5878, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:11-CV-0574-D |
| ) | |
| JUDGE KEMPT, ) | |
| Defendant. ) | |

## ORDER

After conducting a *de novo* review, the court concludes that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

May 16, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　CHIEF JUDGE